<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>             Plaintiff,<br><br>    v.<br><br>DD CARE MANAGEMENT, LLC,<br><br>             Defendant. | Case No. 3:21-cv-19806<br><br>**ORDER** |

<u>CASTNER, U.S.D.J.</u>

For the reasons set forth in the accompanying Opinion, and for good cause shown,

**IT IS** on this <u>21st</u> day of July, 2022,

**ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 7) is **GRANTED**; and it is further

**ORDERED** that Plaintiff provide this Court with information regarding pre-judgment and post judgment interest, attorneys' fees, costs of suit within fourteen (14) days of when this Order and the accompanying Opinion issue; and it is further

**ORDERED** that the Clerk of the Court is directed to mail a copy of this Order and the Accompanying Opinion to Defendant via certified and regular mail.


Date: <u>July 21, 2022</u>                                    <u>/s/ *Georgette Castner*    </u>
                                                                          GEORGETTE CASTNER, U.S.D.J.